**Order entered January 6, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00937-CV

**RETAIL SERVICES WIS CORPORATION D/B/A PRODUCT CONNECTIONS, NATHAN STOUT, AMANDA VILLA, AND KATHERINE PALMER, Appellants**

**V.**

**CROSSMARK, INC., Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-05122-2020**

### ORDER

Before the Court is appellee's January 4, 2021 unopposed motion for leave to file its brief under seal. Appellee explains it seeks to file its brief under seal to comply with the trial court's order temporarily sealing certain documents and testimony upon which appellee relies in its brief.

We **GRANT** the motion. We **ORDER** appellee to file an unredacted brief **no later than January 8, 2021** and **DIRECT** the Clerk of the Court to **SEAL** the

brief upon filing. The brief shall remain under seal pending the trial court's hearing to permanently seal the exhibits and testimony at issue. Appellee is **DIRECTED** to notify the Court within **TEN DAYS** of any permanent sealing ruling by the trial court.

We note volumes 3 and 5 of the supplemental clerk's record omitted certain documents that were designated to be included in the record, and corrected volumes have been filed. To avoid confusion, we **STRIKE** the original volumes 3 and 5 of the supplemental clerk's record filed November 23, 2020 and December 17, 2020, respectively. The appeal will proceed on the corrected volumes filed December 4 and 18, 2020.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE